# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

2. Case Administrator

FROM:   Financial Administrator

DATE: **1-21-11**

UC

CASE NAME: Simonic

CASE NUMBER: 05-34171

Check Number **721895** in the amount of $ **1662.54** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **1716**    Intake Clerk's Initials **DRB**

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

FILED JAN 21 P12:27 CLERK U.S. BANKRUPTCY COURT-PGH

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

01/18/2011

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: MICHAEL B. SIMONIC
SHIRLEY SIMONIC
Case No: 05-34171A

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Mbna++
C/O True Logic Financial Corp
Pob 4238
Englewood,CO 80155-4238

CHECK NUMBER 721895    AMOUNT $1662.54

The disbursement(s) was returned to the Trustee for the following reason:

CREDITOR IS ON GLOBAL RESERVE

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:SCOTT R LOWDEN ESQ**
MICHAEL B. SIMONIC
SHIRLEY SIMONIC
Mbna++